**7499**

NO. 7499. STATE OF LOUISIANA

BUREAU OF NATIONAL LITERATURE, INC

 VS COURT OF APPEAL

WILLIAM HENRY BROWN. PARISH OF ORLEANS.

--------------------------------------------------------------------

**7499**

His Honor Charles F. Claiborne.

 My reading of the document headed "Original Application" dated February 20th, 1918 leads me to the conclusion that it did not contain a contract, until it was accepted by the plaintiff. The plaintiff itself called it an "Order" in its letter to the defendant dated February 26th 1918. It was therefore not binding upon plaintiff until accepted by it.

 C. C. 1800 (1794) 45 A 214 1 La 190 33 A 577 34 A 66.

 And until accepted by plaintiff defendant had a right to withdraw his offer. C. C. 1800. Defendant's "Application" or "Order" was made on February 20th. Nothing shows that it was accepted even by the soliciting agent. It was "Accepted" by the plaintiff by a letter dated February 26th. But in the meantime and prior thereto on February 25th defendant's letter of February 20th recalling his order, reached the plaintiff. This in my opinion put an end to the intended contract and released the defendant.

 But even if defendant's signature to the "Application" could be construed into a contract, it was a mere nudum pactum and could not be enforced against him, because while he bound himself to pay money, the plaintiff did not bind itself to do or give anything. ######### No contract can be said to exist until both parties are equally bound. 4 A 457-13 A 419-36 A 35-45 A 1270-118 La 823 (827) 120 La 969-121 La 223-122 La 610-124 La 821 (829) 12 Ct App 393.

 Judgment reversed and judgment is now rendered in favor of defendant rejecting plaintiff's demand at its cost in both courts and judgment for defendant for $7.50 and his costs.

New Orleans, La, Jany 20th, 1919.